PER CURIAM.
Section 817.563, Florida Statutes (1981), prohibiting the sale of a counterfeit substance in lieu of a controlled substance, is constitutional. Todd v. State, 455 So.2d 1154 (Fla. 5th DCA 1984); State v. Bright, 451 So.2d 880 (Fla. 5th DCA 1984); Houser v. State, 453 So.2d 484 (Fla. 2d DCA 1984); State v. Growden, 437 So.2d 783 (Fla. 2d DCA 1983); State v. King, 435 So.2d 370 (Fla. 2d DCA 1983); *1336 M.P. v. State, 430 So.2d 523 (Fla. 2d DCA 1983); State v. Thomas, 428 So.2d 327 (Fla. 1st DCA 1983), review denied, 436 So.2d 101 (Fla.1983). This decision directly conflicts with State v. Bussey, 444 So.2d 63 (Fla. 4th DCA 1984).
AFFIRMED.
FRANK D. UPCHURCH, Jr., SHARP and COWART, JJ., concur.